[No. 11825–1–I. Division One. June 6, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. VINCENT T. POPICH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–03244–0, Frank H. Roberts, Jr., J.,

entered May 25, 1982. *Affirmed* by unpublished opinion per Williams, J., concurred in by Andersen, C.J., and Callow, J.